

# NUMBER 13-20-00019-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE FRANK TORRES, M.D. AND SAN BENITO MEDICAL ASSOCIATES, INC.

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

Relators Frank Torres, M.D. and San Benito Medical Associates, Inc. filed a petition for writ of mandamus in the above cause on January 15, 2020. Through this original proceeding, relators contend that the trial court abused its discretion by granting a new trial. The Court requests that the real party in interest, Enrique Linan, individually and as heir of Laura Linan, deceased, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of January, 2020.